IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DUAL TRUCKING AND TRANSPORT, LLC, et al.,<br><br>Defendants. | CV 18-150-BLG-SPW-TJC<br><br>**ORDER** |

On October 22, 2018, this case was transferred from the Eastern District of Louisiana to the Billings Division of the District of Montana. (Doc. 78.) In the transfer order, the Court indicated the underlying state court cases are pending in Wolf Point, Montana. (*Id*. at 18.) The Court therefore, concluded the case should be transferred to the Billings Division based on its determination that Billings was the "nearest division" to Wolf Point. (*Id.*)

Wolf Point, Montana is located in Roosevelt County. Accordingly, pursuant to Local Rule 1.2(c)(3), this case shall be transferred to the Great Falls Division.

**IT IS ORDERED**.

DATED this 23rd day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge